UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CASE NO. 25-cr-117 (ECT/SGE)

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JUSTIN DAVID EICHORN,

      Defendant.

**WITHDRAWAL OF MOTION**

_____

Defendant Justin Eichorn, by and through his undersigned counsel, hereby withdraws his previously filed Motion to Modify Conditions of Release. ECF No. 24.

Dated: April 21, 2025

Respectfully submitted,

*/s/ Charles L. Hawkins*
Charles L. Hawkins (Attorney No. 124369)
150 S. Fifth Street, Ste. 2860
Minneapolis, MN 55402
Tel: (612) 339-6921
Email: clhcrimlaw@yahoo.com

*/s/ Arthur J. Waldon*
Arthur J. Waldon (Attorney No. 0397729)
P.O. Box 1242
Lakeville, MN 55044
Tel: (612) 719-0625
Email: arthur@waldonlawmn.com

*Attorneys for Defendant*