UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-117 (ECT/SGE)

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  |
| Plaintiff, | ) ) |
| v. | ) GOVERNMENT'S MOTION FOR ) EXTENSION OF TIME ) |
| JUSTIN DAVID EICHORN, | ) ) |
| Defendant. | ) |

The United States of America, by and through its attorneys Joseph H. Thompson, Acting United States Attorney for the District of Minnesota, and Daniel W. Bobier, Assistant United States Attorney, hereby moves the Court for an extension of time to file the government's responses to the defendant's pretrial motions. Dkts. 36, 37, 38, 40.

Counsel for the government requests this extension in light of competing demands arising from several active investigations and indicted cases and to ensure sufficient time to prepare its submission. This request is not being made for the purposes of delay.

The undersigned has conferred with counsel for the defendant, Mr. Eichorn, who indicated he does not oppose this request.

For these reasons, the government respectfully requests that the Court enter an order extending the deadline for the government's submission of its responses to the defendant's pretrial motions from June 20 to July 11, 2025.

.

Date: June 18, 2025								Respectfully submitted,

										JOSEPH H. THOMPSON
										Acting United States Attorney


									BY:   */s/ Daniel W. Bobier*
										DANIEL W. BOBIER
										Assistant U.S. Attorney