UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CASE NO. 25-CR-117 (ECT/SGE)

_____

UNITED STATES OF AMERICA,

    Plaintiff,

**ORDER**

JUSTIN DAVID EICHORN,

    Defendant.

_____

The above-entitled matter came before the Court pursuant to Defendant's Motion to Enlarge Time without a hearing. Based upon Defendant's Motion to Enlarge Time and the government's lack of objection:

IT IS HEREBY ORDERED that Defendant's Motion is granted, and Defendant's Memorandum shall be due on September 29, 2025 with commensurate one-week enlargements for the Government's Response and the Defendant's Reply.

Dated: September 22, 2025      _____
    Shannon G. Elkins
    United States Magistrate Judge