# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
## CASE NO. 25-cr-117 (ECT/SGE)

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                  **DEFENDANT'S NOTICE**
                                                    **OF DEFENSES**

JUSTIN DAVID EICHORN,

      Defendant.

_____

The Defendant, Justin David Eichorn, by and through his attorneys, Charles L. Hawkins and Arthur J. Waldon, IV, hereby informs you that the Defendant intends to rely upon the defenses of entrapment, outrageous government misconduct and not guilty at trial.

Dated:  April 23, 2026                    Respectfully submitted,

                                          */s/ Charles L. Hawkins*
                                          Charles L. Hawkins (Attorney No. 124369)
                                          150 S. Fifth Street, Ste. 2860
                                          Minneapolis, MN 55402
                                          Tel: (612) 339-6921
                                          Email: clhcrimlaw@yahoo.com


                                          */s/ Arthur J. Waldon*
                                          Arthur J. Waldon (Attorney No. 0397729)
                                          P.O. Box 1242
                                          Lakeville, MN 55044
                                          Tel: (612) 719-0625
                                          Email: arthur@waldonlawmn.com

                                          *Attorneys for Defendant*